IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS THAGGARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:04cv200-M |
| ) | [WO] |
| STATE OF ALABAMA DEPART- ) | |
| MENT OF YOUTH SERVICES, J. ) | |
| WALTER WOOD, and G.W. BOOKER, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the plaintiff's Motion To Reconsider Motion To File Notice of Appeal Out Of Time, filed on 16 September 2005 (Doc. # 25-1), is DENIED.

DONE this 5th day of October, 2005.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE